**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Ex parte X.D.W.

Appellate case number:    01-21-00683-CV

Trial court case number:   2021-57583

Trial court:               333rd District Court of Harris County

Appellant, The State of Texas, through the Harris County District Attorney's Office, appealed from the trial court's November 3, 2021 "Order Directing Expunction After Acquittal," relating to the criminal records of appellee, X.D.W.  When the State filed its notice of appeal with this Court, the appeal was styled using the full, non-abbreviated, non-redacted name of appellee.

Appellee has filed a "Motion to Restyle Case," requesting that we "correct the public record of the filing of this appeal," such that "[a]ppellee's name does not appear, but instead his initials (X.D.W.) are used."  Appellee's motion is **granted**.  The Clerk of this Court is directed to restyle the case in the Court's records to style the case as "Ex parte X.D.W."

It is so ORDERED.

Judge's signature:    \_\_\_\_/s/ April Farris_____
                 ☑ Acting individually    ☐ Acting for the Court

Date:    \_\_\_\_June 23, 2022\_\_\_\_\_